IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL, | Civil No. 5:11-cv-00991-JMC |
| Plaintiffs, | |
| v. | |
| ALBEMARLE CORPORATION, | |
| Defendant. | |

**ORDER TERMINATING CONSENT DECREE**

Having reviewed the Joint Stipulation and Request for Order Terminating Consent Decree submitted by the parties, and good cause appearing, IT IS HEREBY ORDERED that the Consent Decree entered by this Court in this action on August 14, 2014 (ECF No. 208). is terminated.

                                                 s/J. Michelle Childs
                                                 J. Michelle Childs
                                                 United States District Judge

Date: 4/17/2017

Columbia, South Carolina